**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONVERGEONE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00992-MTS |
| | ) | |
| STEPHEN WILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before this Court is Defendants Wiley and Logicalis, Inc.'s ("Logicalis") Motion for Leave to File Under Seal, Doc. [84], and Defendants Schnettgoecke and Logicalis's Motion for Leave to File Under Seal, Doc. [87]. For the reasons stated herein, this Court will grant both Motions to Seal.

Defendants Wiley and Logicalis's Motion to File Under Seal, Doc. [84], seeks to seal Exhibit A to their Memorandum in Opposition to Plaintiff ConvergeOne's ("C1") Amended Motion for a Preliminary Injunction. Doc. [84] at 2. Exhibit A is "the deposition transcript of C1's corporate representative," which contains "testimony regarding C1's highly sensitive competitive and/or confidential business information." *Id.*

Defendants Schnettgoecke and Logicalis's Motion to File Under Seal, Doc. [87], seeks to seal Exhibit A to their Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction. Doc. [87] at 2. Exhibit A is "the deposition transcript of C1's corporate representative," which contains "testimony regarding C1's highly sensitive competitive and/or confidential business information." *Id.*

Local Rule 13.05 governs Sealing of Materials Filed in Civil and Criminal Cases. The rule establishes a presumption that the public has a right "to access material filed with the Court in civil and criminal cases." E.D. Mo. L.R. 13.05(A)(2). However, a party can move to seal "material and information lawfully kept confidential . . . ." *Id.* If a party properly moves to seal, the Court may rule on the motion "with or without a public hearing . . . ." *Id.* at 13.05(A)(4)(f).

As of this date, Plaintiff has not responded to any of Defendants' arguments regarding sealing. Therefore, in accord with Defendants' arguments, this Court will seal the Exhibits.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Wiley and Logicalis's unopposed Motion for Leave to File Under Seal, Doc. [84], is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Schnettgoecke and Logicalis's unopposed Motion for Leave to File Under Seal, Doc. [87], is **GRANTED**.

Dated this 1st day of October 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE